UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISSETTE RAMIREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-09-3969 |
| ALDREAMIA OMAR INSURANCE AGENCY OF TEXAS, INC., *et al.*, | § § § § | |
| Defendants. | § | |
| SHOLA AKINTUNDE, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-10-347 |
| ALDREAMIA OMAR INSURANCE AGENCY OF TEXAS, INC., *et al.*, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

THESE MATTERS, having come before the Court on Plaintiffs' Motion for Judgment on the Verdict, Plaintiffs' Motion for Attorneys Fees and Costs, Plaintiffs' Motion for Liquidated Damages and Motion for Entry of Final Judgment, it is:

ORDERED that Plaintiff, Lizzette Ramirez, shall have and recover from the Defendants Bilal Jordan and Aldreamia Omar Insurance Agency of Texas, Inc., jointly and severally liable, in the principal amount of $3,321.70 plus $3,321.70 in liquidated damages for a total of $6,643.40 plus post judgment interest at a rate of .10% per annum, for all of which let execution issue forthwith.

It is further ORDERED that Plaintiff, Shola Akintunde, shall have and recover from the Defendants Bilal Jordan and Aldreamia Omar Insurance Agency of Texas, Inc., jointly and severally

liable, in the principal amount of $1,038.60 plus $1,038.60 in liquidated damages for a total of $2,077.20 plus post judgment interest at a rate of .10% per annum, for all of which let execution issue forthwith.

It is further ORDERED that Lissette Ramirez and Shola Akintunde shall have and recover from the Defendants Bilal Jordan and Aldreamia Omar Insurance Agency of Texas, Inc., jointly and severally liable, attorneys' fees and costs in the amount of $69,161.10 plus post judgment interest at a rate of .10% per annum, for all of which let execution issue forthwith.

IT IS SO ORDERED.

Signed at Houston, Texas on October 12, 2011.

_____
Gray H. Miller
United States District Judge